FORM TO BE USED BY PLAINTIFFS IN FILING A COMPLAINT
UNDER THE EQUAL EMPLOYMENT OPPORTUNITY ACT, 42 U.S.C. Chapter 21,
Subchapter VI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT DANVILLE, VA
FILED
JAN 04 2023
LAURA A. AUSTIN, CLERK
BY: HMcPerred
DEPUTY CLERK

WILLIAM L. SMITH JR,

Plaintiff,

v.

LOUIS DEJOY Postmaster General,

Defendant(s).

(Enter the full name(s) of ALL parties in this lawsuit.
Please attach additional sheets if necessary).

Civil Action No.: 4:23CV00001
(To be assigned by Clerk of District Court)

Jury Trial: (Yes)   No
(circle one)

## COMPLAINT

1. State the full name of the Plaintiff, address and telephone number.

   Name: William L. Smith

   Address: 1002 Hillsdale St Reidsville NC. 27320

   Telephone Number: (336) 552-9834

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

      Name: LOUIS DEJOY Post Master General

      Address: Atlantic RET. DEL US. Postal Service

b.  Defendant No. 2

   Name: _____

   Address: _____

**NOTE: IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).**

3. On what day were you discharged from employment or otherwise affected by the alleged unlawful employment practice(s) of the defendant(s) above?

   _____

4. On what day was your complaint filed with the Equal Employment Opportunities Commission?

   8/2/2019, 8/14/2019, 7/20/2020, 8/11/2021, 4/7/22

5. What action did the Commission or its representatives take in regard to your complaint?

   They did Nothing it was closed

   _____

6. If no action was taken or if your complaint was dismissed by the Commission, did you receive notice from the Commission within 180 days of the date listed in 4. above, of your right to bring a civil action to correct the alleged unlawful employment practice(s)?

   Yes I did

7. If the answer to 6. is yes, has 90 days passed since your receipt of the notice described in 6.?

   No it has Not

8. Has any action been brought in any state court or in any other federal court concerning the alleged unlawful employment practice(s) of the above defendant(s)?

   No

   If your answer to 8. is yes, describe the action in the spaces below.

2

a. Parties to the action: _____

_____

b. Court (if federal court, give district; if state court, name the city or county):

_____

c. Docket Number: _____

d. Judge's Name: _____

e. Is the case still pending: _____   If not, what was the ruling? _____

_____

_____

Was the case appealed? _____

**If more than one action has been filed, please provide this information on a separate sheet of paper and label this information as paragraph 8.f., etc.  Check here if additional sheets of paper are attached:** ☐

9. Are there any state or local agencies presently making active efforts to obtain a voluntary end to the alleged unlawful employment practice?

   ☐ Yes         ☐ No         ☒ I DON'T KNOW

   If yes, please describe which agencies are involved and whether their efforts are being undertaken on your behalf?

   _____

   _____

   _____

On the remainder of this form, please answer the questions relating to your problems with the defendant(s) and, if necessary, include additional sheets of paper in order to fully explain the facts beyond your complaint.

   A. What was or is your employer? United States Postal Service

3

B. What individuals were involved in your discharge or other unlawful practice about which you are complaining? (Also explain what position each individual held, what that individual did that affected you, and about which you are complaining?)

Karen Hodges Post master
Lisa Gladden Supervisor
Natilie Gibbson Supervisor

C. If you were fired, what reasons were given for your discharge?

If you disagree with those reasons, what do you think were the real reasons?

D. Does your employer have a grievance procedure to use when employees are unhappy about actions taken against them? Yes

E. If so, did you file a grievance with your employer?

yes but Nothing Happened
If you did, what action was taken? I filed with the EEOC as well with my Union

4

F. In the space below (and on additional sheets of paper, if necessary), please state any other facts which you consider important in this complaint.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

G. If you were fired, have you been working since that time? _____

If yes, for whom have you worked? _____

What did you do? _____

If you did not get another job, have you received unemployment compensation? _____

If yes, for how long?
I've filed several EEOC Complaints since 2019

H. What relief do you want from this court? For example:

Do you want your job back?
I want to Transfer to another office and recieve compensation for loss wages & Mental anjuish

Have you suffered any damages? yes

If so, how much? Mental Anjush, Loss of Marrage and Resulting of Time off for Counseling for 03 years once a week

OTHER:

_____

_____

_____

**Attach additional sheets of paper as necessary and label this information as paragraph I., etc. Check here if additional sheets of paper are attached.** ☐

Signature of Plaintiff _____

VERIFICATION

State of _____

County of _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of _____, _____.

Signature of Plaintiff _____

6